40625. SMITH v. NOXON RUG MILLS, INC. et al.

NICHOLS, Presiding Judge. The judgment of this court (*Smith v. Noxon Rug Mills, Inc.,* 109 Ga. App. 724, 137 SE2d 322), having been reversed by the Supreme Court (*Noxon Rug Mills, Inc. v. Smith,* 220 Ga. 291, 138 SE2d 569), the judgment of this court affirming in part and reversing in part the judgment of the trial court is vacated and the judgment of the trial court is affirmed in accordance with the judgment of the Supreme Court.

*Judgment affirmed. Hall and Russell, JJ., concur.*

DECIDED OCTOBER 27, 1964.

*Greene, Neely, Buckley & DeRieux, McCamy, Minor, Vining & Phillips, John Minor, III,* for plaintiff in error.

*Pittman & Kinney, Mitchell & Mitchell, D. W. Mitchell, Goins, Gammon, Baker & Robinson,* contra.